# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SHANE HOLLOWAY, | : | No. 188 MM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DEPARTMENT OF CORRECTIONS, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of February, 2019, the Petition for Leave to File Notice of Appeal *Nunc Pro Tunc* is DENIED.